**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DONA L. THURK,

Plaintiff,

vs.

ANCHOR GLASS CONTAINER CORPORATION
a Delaware corporation,

Defendant.

**~~PROPOSED~~ STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

Court File No. 00-780 DSD/JMM

---

The parties in the above-captioned matter, through their counsel, hereby stipulate and agree as follows regarding the scheduling order.

1. The current Scheduling Order requires that dispositive motions be filed on or before February 1, 2001.

2. Pursuant to Local Rule 7.1(b)(2)(B) the parties agreed to a six-day extension of time for Plaintiff to respond to Defendant's motion papers.

3. The parties propose that the Scheduling Order dated May 26, 2000, in the above-captioned matter be amended so as to require dispositive motions to be filed on or before February 5, 2001, consistent with Local Rule 7.1(b)(2)(B).

4. The Court's Scheduling Order of May 26, 2000 shall remain unchanged in all other aspects.

FEB 0 2 2001
CLERK

**AGREED:**

Dated: 1-31-01

Phillip R. Krass (#58051)
Krass Monroe
Suite 1100
Southpoint Office Center
1650 West 82nd Street
Minneapolis, MN 55431
Telephone: (952) 885-5999
ATTORNEYS FOR DEFENDANT

Dated: 1-31-01

Donald H. Nichols (#78918)
Steven Andrew Smith (#260836)
Nichols Kaster & Anderson
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 338-1919
ATTORNEYS FOR PLAINTIFF

**IT IS SO ORDERED:**

Dated: 2/1/01

JOHN M. MASON
United States Magistrate Judge