UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-780(DSD/JMM)

Dona L. Thurk,

Plaintiff,

v.

**ORDER**

Anchor Glass Container Corporation, a Delaware corporation,

Defendant.

Donald H. Nichols, Esq., Steven A. Smith, Esq. and Nichols, Kaster & Anderson, 4644 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for plaintiff.

Phillip R. Krass, Esq., Christopher J. Jossart, Esq. and Krass & Monroe, 1100 Southpoint Center, 1650 West 82nd Street, Bloomington, MN 55431, counsel for defendant.

This matter is before the court on defendant's motion for summary judgment and plaintiff's motion for partial summary judgment on the issue of liability. In her complaint, plaintiff brings state and federal claims of sex discrimination alleging a hostile work environment. After a period of discovery, defendant moves for summary judgment, contending that plaintiff has failed to create a genuine issue of fact with respect to the following essential issues: (1) that plaintiff was subject to discrimination based on her sex; (2) that the behavior was not unwelcome; (3) that the alleged harassment was not sufficiently severe or pervasive and

FILED MAR 30 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

did not alter a term of plaintiff's employment; and (4) defendant offered an adequate remedial response. Plaintiff has also moved for partial summary judgment on the issue of liability.

After carefully reviewing the record, however, the court concludes that there is substantial evidence on these and other critical fact issues. Viewing the record's evidence in the light most favorable to the nonmoving party, as required under Fed. R. Civ. P. 56, the court concludes that genuine issues of material fact exist as to plaintiff's claims against defendant. Summary judgment is therefore inappropriate. See Celotrex Corp. v. Catrett, 477 U.S. 317, 322-23 (1986).

Accordingly, **IT IS HEREBY ORDERED** that defendant's motion for summary judgment is denied and that plaintiff's motion for partial summary judgment is denied.

Dated: March 30, 2001

David S. Doty, Judge
United States District Court