# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dona L. Thurk,

v.

Anchor Glass Container Corporation, a Delaware corporation,

Case No. Civil 00-780 DSD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( x ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Judgment is entered in favor of plaintiff Dona L. Thurk against defendant Anchor Glass Corporation in the amount of $62,012.

Plaintiff is also awarded prejudgment interest in the amount of $2,111.33 in accordance with Minnesota Statute 549.09 and the agreement of the parties.

Pursuant to Minnesota statue 363.071(2), defendant shall pay to the State of Minnesota General Fund a civil penalty of $250.

Plaintiff shall recover reasonable costs and attorney fees from defendant in an amount to be later determined.

DATE: August 9, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

56